IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MILDRED ANNE DUDLEY,**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | CIVIL ACTION FILE |
| v.     ) | NO. 1:11-CV-02700-RLV |
| ) | |
| **REGIONS FINANCIAL**     ) | |
| **CORPORATION and MORGAN**     ) | |
| **KEEGAN & COMPANY, INC.**     ) | |
| ) | |
| **Defendants.**     ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, a copy of a SUBPOENA FOR DOCUMENTS TO DELTA AIRLINES, which will be served on Delta Airlines on January 27, 2012, was served by electronic mail and U.S. first-class mail, postage prepaid, and properly addressed to the attorneys of record as follows:

Gary Blake Andrews
Blake Andrews Law Firm, LLC
2221 Peachtree Road NE
Suite X5
Atlanta, GA 30309

S. Renee Huskey
Ichter Thomas, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA  30326

C. Garner Sanford, Jr.
Kristy G. Offitt
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
191 Peachtree Street NE
Suite 4800
Atlanta, GA 30303

Dated: January 26, 2012.

_____
Attorney for Defendants