IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED ANNE DUDLEY,<br><br>        Plaintiff,<br><br>v.<br><br>MORGAN KEEGAN & COMPANY, INC.<br><br>        Defendant. | CIVIL NO. 1:11-cv-02700-RLV |

**PLAINTIFF'S ACCEPTANCE OF
DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

**I.      Preliminary Statement**

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff accepts Defendant's offer to allow judgment to be taken against it by Plaintiff on the claims asserted in Counts I and II of Plaintiff's Complaint [Doc. No. 1] (i) in the total aggregate amount of $70,299.44, inclusive of all damages of any kind or nature, including liquidated damages and interest, and (ii) in addition, for such reasonable attorneys' fees, costs, and expenses to which Plaintiff is entitled by law, as determined by the Court.

Evidence of this Offer is not admissible for any other purposes than to effect judgment under the specified terms or in a proceeding to determine costs and attorneys' fees pursuant to Federal Rule of Civil Procedure 68.

Dated: July 23, 2012

    Respectfully submitted,

    Counsel for Plaintiff:

    s/G. Blake Andrews
    Gary Blaylock "Blake" Andrews, Jr.
    Georgia Bar No. 019375
    Blake@AndrewsStembridge.com
    John T. Stembridge
    Georgia Bar No. 678605
    John@AndrewsStembridge.com
    Andrews & Stembridge, LLC
    1904 Monroe Drive, Suite 130
    Atlanta, GA 30324
    Tel: 770-828-6225
    Fax: 866-828-6882

    s/S. Renee Huskey
    S. Renee Huskey
    Georgia Bar No. 380145
    Ichter Thomas, LLC
    3340 Peachtree Road, NE, Suite 1530
    Atlanta, Georgia 30326-1084
    Tel: 404-869-7600

Fax: 404-869-7610
Direct:  404-869-5242
email:  rhuskey@ichterthomas.com

3