IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED ANNE DUDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN KEEGAN & COMPANY, INC.<br><br>    Defendant. | CIVIL NO. 1:11-cv-02700-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2012, I served counsel for Defendants with Plaintiffs' Acceptance of Defendant's Rule 68 Offer of Judgment by causing a copy to be sent via United States mail, postage prepaid, and via email to:

>Brett T. Lane
>Greenberg Traurig-Atlanta
>Terminus 200
>Suite 2500
>3333 Piedmont Road, NE
>Atlanta, GA 30305
>Email: laneb@gtlaw.com
>
>David W. Long-Daniels
>Greenberg Traurig-Atlanta
>3290 Northside Parkway
>Suite 400, The Forum
>Atlanta, GA 30327
>678-553-4744

Email: Long-Danielsd@gtlaw.com

Peter Nathaniel Hall
Greenberg Traurig-Atlanta
3290 Northside Parkway
Suite 400, The Forum
Atlanta, GA 30327
678-553-7330
Email: hallp@gtlaw.com

Todd David Wozniak
Greenberg Traurig-Atlanta
3290 Northside Parkway
Suite 400, The Forum
Atlanta, GA 30327
678-553-7326
Fax: 678-553-7327
Email: wozniakt@gtlaw.com

        Respectfully submitted,

        s/G. Blake Andrews
        Gary Blaylock "Blake" Andrews, Jr.
        Georgia Bar No. 019375
        Attorney for Plaintiff

        Andrews & Stembridge, LLC
        1904 Monroe Drive, Suite 130
        Telephone: 770-828-6225
        Facsimile: 866-828-6882
        Blake@AndrewsStembridge.com