IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED ANNE DUDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN KEEGAN & COMPANY, INC.<br><br>    Defendant. | CIVIL NO. 1:11-cv-02700-RLV |

**PLAINTIFF'S MOTION
FOR HER REASONABLE ATTORNEY'S FEES AND EXPENSES**

Pursuant to 29 U.S.C. 216(b), the terms of Defendant's offer of judgment and Plaintiff's acceptance of that offer [*see* Docs. 76 and 79], the entry of judgment against Defendant on January 4, 2013 [Doc. 91], and Rule 54, Plaintiff respectfully moves this Court for an award of her reasonable attorney's fees and litigation expenses. Plaintiff states that, as of the date of filing this motion, she estimates that she has incurred reasonable attorney's fees, necessarily incurred in the prosecution of this action, of approximately $162,500.00 (plus expenses of $4,277.82). Pursuant to Local Rule 54.2, Plaintiff will file her brief in support of her motion for fees within 30 days of filing her motion and will file her bill of costs within 30 days of the entry of judgment against Defendant.

Dated: January 17, 2012

        Respectfully submitted,

        Counsel for Plaintiff:

        s/G. Blake Andrews
        Gary Blaylock "Blake" Andrews, Jr.
        Georgia Bar No. 019375
        Blake@AndrewsStembridge.com
        John T. Stembridge
        Georgia Bar No. 678605
        John@AndrewsStembridge.com
        Andrews & Stembridge, LLC
        1904 Monroe Drive, Suite 130
        Atlanta, GA 30324
        Telephone: 770-828-6225
        Facsimile: 866-828-6882

        s/S. Renee Huskey
        S. Renee Huskey
        Georgia Bar No. 380145
        Ichter Thomas, LLC
        3340 Peachtree Road, NE, Suite 1530
        Atlanta, Georgia 30326-1084
        Tel: 404-869-7600
        Fax: 404-869-7610
        Direct: 404-869-5242
        email: rhuskey@ichterthomas.com